### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLANIYAN MTUNDU ADEFUMI,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| **v.** | : | **NO. 26-CV-0998** |
| | : | |
| **TEMPLE UNIVERSITY POLICE OF** | : | |
| **PHILADELPHIA, PENN.,** *et al.*, | : | |
| *Defendants* | : | |

## O R D E R

**AND NOW**, this 29th day of April 2026, upon consideration of Plaintiff Olaniyan Mtundu Adefumi's Amended Complaint (ECF No. 9 at 23-31), and his Request where documents are to be sent, (ECF No. 10), it is hereby **ORDERED** that:

1.     The Amended Complaint is **DISMISSED**, with prejudice, for the reasons set forth in the Court's Memorandum.

2.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3.     The Clerk of Court is **DIRECTED** to **SEND** this Order and accompanying Memorandum to Adefumi's street address, as listed on the docket, as well as his e-mail address.

                                          **BY THE COURT:**

                                       /s/ *Nitza I. Quiñones Alejandro*
                                       **NITZA I. QUIÑONES ALEJANDRO**
                                       *Judge, United States District Court*